In the Matter of JOHN H. NEWMAN, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of HENRY C. WIST, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ALEXANDER NEWMAN, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of EDMUND F. KONRADY, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of GEORGE J. NORTHRUP, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.